THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
SHANNON P. RYAN (Cal. State Bar # 177807)
Assistant United States Attorney
Appeals Section
     1000 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-4586
     Facsimile:  (213) 894-8513
     E-Mail:    shannon.ryan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 05-452-R |
|---|---|
| Plaintiff, | ) ORDER GRANTING GOVERNMENT'S |
| | ) MOTION TO STAY PROCEEDINGS |
| v. | ) UNTIL DEFENDANT'S PENDING |
| | ) APPEAL |
| JAMES STEPHON JOHNSON, | ) |
| Defendant. | ) |

The Court, having read and considered the motion of plaintiff United States of America to stay proceedings in the above-captioned action until defendant James Stephon Johnson's ("defendant") pending appeal of his sentence is resolved, along with the complete files and records in this action, hereby finds and rules as follows:

The government's motion is GRANTED. Proceedings in the above-captioned case are stayed pending the Ninth Circuit's ruling in defendant's pending appeal, United States v. James

1 | <u>Stephon Johnson</u>, C.A. No. 05-50830.  The hearing previously
2 | calendared for March 31, 2008, at 10:00 a.m. is taken off
3 | calendar.
4 |     IT IS SO ORDERED.
5 |
6 | DATED: March 27, 2008
                THE HONORABLE MANUEL L. REAL
                UNITED STATES DISTRICT JUDGE